**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| v. | **Case No. CR-23-026-JFH** |
| **DANNY GENE KIRBY,** | |
| *Defendant.* | |

**JOINT STATUS REPORT REGARDING PRODUCTION OF DISCOVERY**

COMES NOW the United States of America, by and through its attorneys, Christopher J. Wilson, United States Attorney, and Jordan Howanitz, Assistant United States Attorney, John Campbell, Attorney for the Defendant, and submits this Joint Status Report Regarding Production of Discovery, pursuant to this Court's Order. (Doc. # 157).

The Defendant was charged by way of an Indictment filed on February 15, 2023. (Doc. # 2). The initial appearance occurred on March 8, 2023. (Doc. #10).  The Court granted an Unopposed Protective Order governing portions of discovery on March 20, 2023. (Doc. #21).  On January 7, 2026, the Tenth Circuit Court of Appels issued a mandate transferring the jurisdiction of this case back to this Court. (Doc. # 149).  The United States' discovery was uploaded to USAfx and made available on February 14, March 15, March 16, March 22, March 30, March 31, April 4, April 7, and April 10, 2023. Counsel for the Defendant confirmed that they have been provided the aforementioned discovery. There has not been any new discovery from the time the case was tried in 2023. The United States has provided all known discovery at this time.

The case is set for Trial on July 6, 2026 at 8:45am.  (Doc. # 159).

Both parties are aware of their continuing discovery obligations, however, and will make the other party aware should any additional discovery become available.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/ JORDAN HOWANITZ
Jordan Howanitz
Assistant United States Attorney

s/ JOHN CAMPBELL
John Campbell
Counsel for Defendant