**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,      **)**
                   Plaintiff,  **)**
                           **)**   Case No.  CR-23-26-JFH
**v.**                      **)**
                           **)**   Date:    6/11/2026
DANNY GENE KIRBY,         **)**
               Defendant.  **)**   Time:  2:02 p.m. – 2:11 p.m.
                           **)**
                           **)**
                           **)**
                           **)**

**MINUTE SHEET**
**PRETRIAL DETENTION STATUS HEARING**

Jason A. Robertson, Judge    Toni Moore, Deputy Clerk    K. Anderson, Law Clerk

Courtroom 3 - Room 432

**Plaintiff's Counsel:** Lewis Reagan, AUSA
**Defendant's Counsel:** John Campbell, Appointed
Defendant: [X] present in person [X] with counsel

**MINUTES:** Comes on for a Pretrial Detention Status hearing. Defendant makes argument to modify current conditions of Pretrial Release, no objections from the Government. Court modifies Condition F – Travel for the Defendant will be limited to the State of Oklahoma. All remaining conditions that were previously entered on 3/8/2023 at Docket Entry # 13, will remain in full effect. Nothing further.

COURT ADJOURNED.