THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANNY GENE KIRBY,

Defendant.

Case No. 23-CR-26-JFH

## OPINION AND ORDER

Before the Court is an Unopposed Motion to Dismiss the Indictment against Defendant Danny Gene Kirby filed by the United States of America ("Government").  Dkt. No. 186.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest."  *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)).  Based on the facts set out in the motion, including that the Muscogee (Creek) Nation charged Defendant with felony-homicide on July 27, 2026, based on the same incident as this case, the Court concludes that dismissal of the charge against Defendant is not contrary to the public interest, nor is it for an improper purpose.  Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's Motion to Dismiss [Dkt. No. 186] is GRANTED and the Indictment is dismissed without prejudice against Defendant Danny Gene Kirby.

Dated this 6th day of August 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE